# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Taras Kalush,

      Petitioner,

V.

Zoriana Kalush,

      Respondent.

CASE NUMBER: 23-cv-2316

ASSIGNED JUDGE: Matthew Kennelly

DESIGNATED MAGISTRATE JUDGE: Gabriel Fuentes

TO: (Name and address of Defendant)

Zoriana Kalush
18 Haiova Street
Village of Hai Hrechynski
Ternopil District
Ternopil Region
UKRAINE 47710

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy Sendek
Akerman LLP
71 South Wacker Drive
46th FL.
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ Emily Wirtz_

(By) DEPUTY CLERK

May 26, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE |
| NAME OF SERVER *(PRINT)* || TITLE |
| *Check one box below to indicate appropriate method of service* |||
| ☐ Served personally upon the defendant. Place where served: |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. <br> Name of person with whom the summons and complaint were left: |||
| ☐ Returned unexecuted: |||
| ☒ Other (specify): Served via email on counsel for respondent (Yuri Birg) per agreement (4/21/23). |||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

/s/Timothy Sendek
*Signature of Server*

Counsel for Petitioner
71 S Wacker Dr. 47th Floor
Chicago, IL  60606
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.