**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Taras Kalush, | ) | |
| | ) | |
| Petitioner, | ) | Hon. Matthew F. Kennelly |
| | ) | Magistrate Judge Hon. Gabriel A. Fuentes |
| v. | ) | |
| | ) | Case No. 23-cv-2316 |
| Zoriana Kalush, | ) | |
| | ) | |
| Respondent. | ) | |

## STATUS REPORT OF PETITIONER AND GUARDIAN AD LITEM

The Petitioner and Guardian *ad litem* submit this joint status report pursuant to the Court's order of January 17, 2024.

1.  **GAL's Submission:** The Guardian *ad litem* advises that she has made an in-person meeting with the Minor Child on Wednesday, January 31, 2024. The relationship between the GAL and the Minor Child is positive. The GAL's perspective is that if the Minor Child is encouraged in her native language by a person she feels comfortable with, she will communicate with her father. While the Respondent is not explicitly prohibiting interactions with Petitioner in the GAL's presence, she is also not encouraging them. It seems as though Respondent is not encouraging the Minor Child to speak with Petitioner despite the recommendations and instructions to do so, and is permitting the child not to communicate despite those same instructions from the GAL and the Court.

2.  **Petitioner's Submission:** Petitioner continues to seek more access to and interaction with his daughter. Petitioner has also requested that the current calls be moved earlier

to at least no later than midnight Ukrainian time (4:00 pm Central Standard Time) for the current weekend calls.

3. **Respondent:** Counsel for Respondent has advised that he will be filing a motion to withdraw.

> Respectfully Submitted:
>
> */s/ Timothy Sendek*
> Timothy K. Sendek
> *Counsel for the Petitioner*
> Akerman LLP
> 71 S. Wacker Drive, 47th Floor
> Chicago, Illinois 60606
> tim.sendek@akerman.com
>
> */s/ Alla C. Galati*
> Alla C. Galati
> *Guardian ad litem* for the Minor Child
> Walker Wilcox Matousek LLP
> 1 N Franklin St Ste 3200
> Chicago, IL 60606
> agalati@walkerwilcox.com