

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

*FILED 4/15/2024 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT*

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: **TARAS KALUSH, Petitioner v. ZORIANA KALUSH, Respondent**, Case Number: **23-CV-2316**

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: **HANNA DEMCHYSHYN**

Street Address: **25133 N. Abbey Glenn Dr.,**

City/State/Zip: **Hawthorn Woods / IL / 60047**

Phone Number: **+1 (312) 340-1050**

_____
Signature

Executed on (date): **04.12.2024**

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

**demchyshyn1970@gmail.com**
E-Mail Address (Please PRINT legibly.)

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]