IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Taras Kalush, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Case No. 23-cv-2316 |
| Zoriana Kalush, ) | |
| Volodymyr Demchyshyn, ) | |
| and Hanna Demchyshyn ) | |
| ) | |
| Respondents. ) | |

### Order to Show Cause

This matter coming before the Court on Petitioner Taras Kalush's Petition Under the Hague Convention (Dkt. 1), Motion for Interim Relief (Dkt. 15), and as addressed before the court at a hearing on June 26, 2024, the Court hereby ORDERS Respondent Zoriana Kalush to SHOW CAUSE why she should not be held in contempt for violating and/or undermining the Court's orders regarding video calls between the Petitioner and Minor child. The matter is set for an evidentiary hearing on July 22, 2024 at 11:15 AM Central time.

_____

Judge Matthew F. Kennelly, U.S. District Judge

Date: June 27, 2024

1

76986904;1